*Mr. Murray Seasongood* for respondent.

No. 604. REX CO. ET AL. *v.* WENATCHEE REX SPRAY CO. ET AL. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Francis C. Downey* and *Fred L. Chappell* for petitioners. *Messrs. John H. Miller, A. W. Boyken,* and *Alfred Gfeller* for respondents.

No. 614. HATCH ET AL. *v.* UNITED STATES; and
No. 615. SAME. *v.* SAME. March 12, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. H. M. Brackney* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key,* and *Barham R. Gary* for the United States.

No. 620. UNITED STATES EX REL. SHULTS BREAD CO. *v.* BOARD OF TAX APPEALS. March 12, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. William C. Sullivan* and *Leon F. Cooper* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Sewall Key, Morton K. Rothschild, Clarence M. Charest,* and *Charles T. Hendler* for respondent.

No. 621. BECKER *v.* UNITED STATES. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Max V. Schoonmaker* and *Joseph A. Rossi* for petitioner. *Attor-*

732

*ney General Mitchell, Assistant Attorney General Young-
quist, Messrs. Claude R. Branch, Mahlon D. Kiefer,* and
*W. Marvin Smith* for the United States.

No. 624. BARNES ET AL. *v.* CITY OF SPRINGFIELD.    March
12, 1930.    Petition for writ of certiorari to the Superior
Court in and for the County of Hampden, Massachusetts,
denied.    *Mr. Louis C. Henin* for petitioners.    *Mr. John
P. Kirby* for respondent.

No. 626. M. SAMUEL & SONS, INC., *v.* SECOND NATIONAL
BANK OF TOLEDO.    March 12, 1930.    Petition for writ of
certiorari to the Circuit Court of Appeals for the Sec-
ond Circuit denied.    *Mr. Morris D. Kopple* for peti-
tioner.    *Mr. Robert C. Morris* for respondent.

No. 629. WILCOX *v.* NEW YORK CENTRAL R. Co.
March 12, 1930.    Petition for writ of certiorari to the
Circuit Court of Appeals for the Sixth Circuit denied.
*Mr. G. A. Boone* for petitioner.    No appearance for re-
spondent.

No. 635. CHURCH *v.* HARNIT ET AL.    March 12, 1930.
Petition for writ of certiorari to the Circuit Court of
Appeals for the Sixth Circuit denied.    *Messrs. W. T.
Kinder* and *John B. McMahon* for petitioner.    *Mr. Lloyd
T. Williams* for respondents.

No. 644. MERARD HOLDING Co., INC, *v.* FITZGERALD.
March 12, 1930.    Petition for writ of certiorari to the Su-
preme Court of Errors and Appeals of Connecticut,
denied.    *Mr. William Harvey Smith* for petitioner.